CLOSED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
JAN 19 2007
CLERK'S OFFICE
DETROIT

ANTHONY RAY ROBINSON,

    Petitioner,

v.

    CASE NO. 2:06-13386
    HONORABLE GERALD E. ROSEN

H. J. MARBERRY,

    Respondent.
_____/

## JUDGMENT

This matter having come before the Court on a Petition for the Writ of Habeas Corpus under 28 U.S.C. § 2241, United States District Judge Gerald E. Rosen presiding, and pursuant to the Opinion and Order entered on JAN 19 2007,

IT IS ORDERED that the Petition for a Writ of Habeas Corpus is DENIED.

Dated at Detroit, Michigan on JAN 19 2007.

DAVID J. WEAVER
CLERK OF THE COURT

By: _____
    DEPUTY CLERK

APPROVED:

_____
GERALD E. ROSEN
UNITED STATES DISTRICT JUDGE